IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02060-MSK-KLM

THOMAS STUMP,

    Plaintiff,

v.

ROCKY MOUNTAIN UFCW UNIONS & EMPLOYERS PENSION PLAN,

Defendant.

_____

**ORDER GRANTING JOINT MOTION TO DISMISS CLAIMS AGAINST DILLON COMPANIES, INC.**
_____

    **THIS MATTER** comes before the Court on the Joint Motion to Dismiss claims Against Dillon Companies, Inc. (the "Motion") **(#15)** filed on March 26, 2008. Having reviewed the Motion,

    **IT IS ORDERED** that the Motion is **GRANTED**. All claims against Defendant Dillon Companies, Inc., d/b/a King Soopers, Inc. shall be dismissed with prejudice, with each party to bear its own fees and costs. The caption shall be amended as reflected in this Order.

    DATED this 26th day of March, 2008.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*
                                            _____

                                            Marcia S. Krieger
                                            United States District Judge